HOFFMAN, HART & WAGNER, LLP
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone:   (503) 222-4499
Facsimile:   (503) 222-2301

<u>Of Attorneys for Defendants Robert D. Thornton, M.D., Bruce Goodwin, PA-C, Family Care and Urgent Medical Clinics, and Family Urgency Care Clinics</u>

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TERESA L. LUKE and ANDREW R. LUKE, individually and on behalf of their marital community; and TERESA L. LUKE, as Guardian ad Litem for her minor children, HAYDEN R. LUKE and RILEY A LUKE, <br><br>        Plaintiffs,<br><br>v.<br><br>EMERGENCY ROOMS, P.S., a Professional Service Corporation of Washington state d/b/a FAMILY CARE AND URGENT MEDICAL CLINICS and FAMILY URGENCY CARE CLINICS MINNEHAHA; ROBERT D. THORNTON, M.D.; HOWARD BRUCE GOODWIN, PA-C; JERRY J. FISHER, M.D; STEPHEN E. PLISKA, M.D. AND DARRELL M. MILLER, M.D.; HI-SCHOOL PHARMACY, INC., a Corporation of Washington state, d/b/a HI-SCHOOL TRUE VALUE HARDWARE #4600; and MINNEHAHA DRUGS, INC.  a Corporation of Washington State, d/b/a HI SCHOOL PHARMACY,<br><br>        Defendants. | No. C04 5759 FDB<br><br>JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING EXPERT WITNESSES, AND [PROPOSED] ORDER<br><br>NOTE ON MOTION CALENDAR AUGUST **, 2005 |

Page 1 -   JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING EXPERT WITNESSES, AND [PROPOSED] ORDER

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499

.

## I. INTRODUCTION AND MOTION

Come now the parties hereto and jointly move the Court for an Order approving a stipulation between the parties regarding expert witnesses. By their stipulation the parties agree

1) that detailed expert reports will be exchanged, in accordance with FRCP 26(a)(2)(B), but that such reports need not be "prepared and signed" by the expert, and

2) that, in addition to matters addressed in the expert witness disclosure statements to be exchanged by all parties, expert witnesses are also permitted to testify regarding any matters which were addressed in their depositions.

## II. STIPULATION

The parties hereby stipulate as follows:

1) Expert disclosures and reports will be exchanged in accordance with the calendar established by the Court, but such reports need not be "prepared and signed" by each expert; and

2) In addition to being permitted to testify about matters addressed in each expert witness' disclosure, a properly disclosed expert is also permitted to testify regarding any matters addressed in that expert's deposition.

The purpose of the foregoing stipulations is, respectively, 1) to facilitate preparation and exchange of reports and 2) to allow testimony regarding relevant matters which may have been

///

///

///

///

///

Page 2 -   JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING EXPERT WITNESSES, AND [PROPOSED] ORDER

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499

omitted from the disclosure statements, where the omission causes no prejudice since the omitted matter was addressed in an expert's deposition.

Respectfully submitted.

DATED this _____ day of August, 2005

        HOFFMAN, HART & WAGNER, LLP


        By: _____
             Michael D. Hoffman, WSB No. 12349
             Stephen R. Rasmussen, WSB No. 18757

             Of Attorneys for Defendants Emergency Rooms, P.S., Robert D. Thornton, M.D., Howard Bruce Goodwin, PA-C, Jerry J. Fisher, M.D., Stephen E. Pliska, M.D., and Darrell M. Miller, M.D.

SO STIPULATED AND MOVED.

DATED this _____ day of August, 2005

        MORROW & OTOROWSKI


        By: _____
             Christopher L. Otorowski, WSB No. 8248
             Of Attorneys for Plaintiffs

SO STIPULATED AND MOVED.

DATED this _____ day of August, 2005

        SLOAN BOBRICK OLDFIELD & HELSDON, P.S.


        By: _____
             Peter J. Kesling, WSB No. 29342
             Of Attorneys for Hi School Pharmacy Defendants

///

///

Page 3 -   JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING EXPERT WITNESSES, AND [PROPOSED] ORDER

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499

**ORDER**

The foregoing motion came before the Court on the stipulation of the parties. The Court, having considered the foregoing Stipulation and Motion, and good cause appearing therefore, HEREBY APPROVES the foregoing Stipulation.

Dated this 26th day of September 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Page 4 -   JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING EXPERT WITNESSES, AND [PROPOSED] ORDER

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499